UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kim Elizabeth Artist,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.  5:21-cv-00175-JWH-KK<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FOUR HUNDRED DOLLARS  ($7,400.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

    IT IS SO ORDERED.

DATE: 12/23/2022

                                              HON. KENLY KIYA KATO
                                              UNITED STATES MAGISTRATE JUDGE